**MORRIS LAW CENTER**
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
sarah@morrislawcenter.com
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13786
tim@morrislawcenter.com
5450 W. Sahara Ave. Suite 330
Las Vegas, NV 89146
Telephone: (702) 850-7798
Facsimile: (702) 850-7998
*Attorneys for Premier One Holdings, Inc.
and THL Family Investment, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>CACTUS CREEK AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION, INC.; PREMIER ONE HOLDINGS, INC.; TICOR TITLE COMPANY, as Trustee; THL FAMILY INVESTMENT, LLC; I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br>AND ALL RELATED MATTERS. | Case No.: 2:15-cv-01731-APG-PAL |

## MOTION TO SUBSTITUTE ATTORNEY

. . .

. . .

. . .

1

*Bank of America, N.A. v. Cactus Creek at Mountain's Edge HOA, Inc., et al*
Case No.: 2:15-cv-01731-APG-PAL

Sarah A. Morris, Esq. and Timothy A. Wiseman, Esq., of Morris Law Center, are hereby substituted in as attorneys for Defendant THL Family Investment, LLC ("Defendant") in the above-entitled action, in place and instead of prior attorney, Joseph Y. Hong, Esq.

Dated this 15th day of November, 2019.

/s/ THL Family Investment
THL Family Investment, LLC

## CONSENT

As former attorney for Defendant, I hereby consent to the above and foregoing substitution of Sarah A. Morris, Esq. and Timothy A. Wiseman, Esq., in my place and instead as attorney of record for Defendant.

Dated this 15th day of November, 2019.

/s/ Joseph Y. Hong
Joseph Y. Hong, Esq.
Nevada Bar No. 5995

## ACCEPTANCE

I hereby accept the above and foregoing substitution as attorney for the Defendant, THL Family Investment, LLC.

Dated this 15th day of November, 2019.

MORRIS LAW CENTER

By: _____
Sarah A. Morris, Esq.
Nevada Bar No. 8461
Timothy A. Wiseman, Esq.
Nevada Bar No. 13786
*Attorneys for Premier One Holdings, Inc. and THL Family Investment, LLC*

**IT IS SO ORDERED**

**DATED: November 18, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

*Bank of America, N.A. v. Cactus Creek at Mountain's Edge HOA, Inc., et al*
Case No.: 2:15-cv-01731-APG-PAL

**ORDER**

The Substitution of Attorney is hereby approved and so ORDERED.

_____     _____
DATE                                UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **MOTION TO SUBSTITUTE ATTORNEY** by the method indicated:

\_\_\_\_\_ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

\_\_\_\_\_ **BY E-MAIL:** by transmitting via e-mail the document(s) listed above to the email addresses set forth below and/or included on the Court's Service List for the above-referenced case.

\_\_\_\_\_ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

\_\_\_\_\_ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

\_\_\_\_\_ **BY PERSONAL DELIVERY:** by causing personal delivery via messenger service of the document(s) listed above to the person(s) at the address(es) set forth below.

__X__ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

and addressed to the following:

Akerman LLP
    Ariel E. Stern             ariel.stern@akerman.com
    Jennifer Richardson    jennifer.richardson@akerman.com
    Akerman Las Vegas     akermanlas@akerman.com
    Donna M Wittig         donna.wittig@akerman.com
    Darren T. Brenner, Esq.  darren.brenner@akerman.com
    Erin Abugow            erin.abugow@akerman.com
    Tracey Wayne          tracey.wayne@akerman.com

Hong & Hong
    Joseph Y Hong         yosuphonglong@gmail.com
    Debbie Batesel         dbhonglaw@hotmail.com

Nevada Association Services, Inc.
 Christopher V. Yergensen chris@nas-inc.com
 Susan E. Moses susanm@nas-inc.com

Robbins Law Firm
 James W. Pengilly jpengilly@robbinslawfirm.legal
 Elizabeth B. Lowell elowell@robbinslawfirm.legal
 Chad Daniel Fuss cfuss@robbinslawfirm.legal
 Olivia Schulze OShulze@pengillylawfirm.com
 Tiffany White twhite@pengillylawfirm.com

Dated this 15th day of November, 2019.

       /s/ _____
       An employee of Morris Law Center