ARIEL E. STERN, ESQ.
Nevada Bar No. 88276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>CACTUS CREEK AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION, INC.; PREMIER ONE HOLDINGS, INC.; TICOR TITLE COMPANY, as Trustee; THL FAMILY INVESTMENT LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01731-APG-BNW<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE AMENDED COMPLAINT AND TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**[FIRST REQUEST]** |
| AND ALL RELATED CLAIMS | |

Plaintiff Bank of America, N.A. (**BANA**) and defendants Cactus Creek at Mountain's Edge Homeowners' Association, Inc. (**Cactus Creek**) and Premier One Holdings, Inc. (**Premier**) stipulate and agree as follows:

1. On September 9, 2014, BANA filed its complaint against Cactus Creek and Premier for quiet title/declaratory judgment, breach of NRS 116.1113, wrongful foreclosure, and injunctive relief. (ECF No. 1.)

2. On October 5, 2015, Premier filed its answer and counterclaim against BANA. (ECF

51138545;1

No. 12.)

3. On October 26, 2015, BANA answered Premier's counterclaim. (ECF No. 14.)

4. On Decmeber 11, 2015, Cactus Creek filed its answer and crossclaim against Nevada Association Services, Inc.(**NAS**). (ECF No. 25.)

5. On January 27, 2016, NAS filed its answer, third party complaint, and counterclaim against Cactus Creek. (ECF No. 30.)

6. On February 12, 2016, Cactus Creek answered NAS's third party complaint and counterclaim. (ECF No. 32.)

7. On May 2, 2016, BANA moved for summary judgment. (ECF No. 38.)

8. On August 18, 2016, the court denied BANA's motion for summary judgment without prejudice and stayed the case until the Ninth Circuit issued its mandate in *Bourne Valley Court Trust v. Wells Fargo Bank.* (ECF No. 51.)

9. On September 10, 2019, the court granted BANA's motion to lift the stay. (ECF Nos. 58-59.)

10. On October 29, 2019, the court granted the parties stipulated discovery plan and scheduling order setting a new dispositive motions deadline of December 18, 2019. (ECF No. 61.)

11. The parties stipulate and agree to allow BANA to file the amended complaint deleting its Supremacy Clause arguments, clarifying its tender allegations, and updating the defendant/purchaser attached as Exhibit A within 14 days of the order granting this stipulation.

///
///
///
///
///
///
///

51138545;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

12. The parties further stipulate and agree the parties shall have until January 17, 2020 to file dispositive motions.

Dated: December 18, 2019.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/ Donna M. Wittig* | */s/ T. Chase Pittsenbarger* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>T. Chase Pittsenbarger<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for Cactus Creek at Mountain's Edge Homeowners' Association, Inc.* |

**MORRIS LAW CENTER**

*/s/ Timothy A. Wiseman*
Timothy A. Wiseman
Nevada Bar No. 13786
Sarah A. Morris
Nevada Bar No. 8461
5450 W. Sahara Ave., Ste. 330
Las Vegas, Nevada 89146

*Attorneys for Premier One Holdings, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

12/19/2019
DATED

3

51138545;1