ARIEL E. STERN, ESQ.
Nevada Bar No. 88276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | Case No.: 2:15-cv-01731-APG-BNW |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE REPLIES IN SUPPORT OF THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| CACTUS CREEK AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION, INC.; PREMIER ONE HOLDINGS, INC.; TICOR TITLE COMPANY, as Trustee; THL FAMILY INVESTMENT LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |
| AND RELATED CLAIMS | |

Bank of America, N.A. (**BANA**), Cactus Creek at Mountain's Edge Homeowners' Association, Inc. (**Cactus Creek**), and Premier One Holdings, Inc. (**Premier**) stipulate as follows:

1. Cactus Creek filed its motion for summary judgment on January 15, 2020. (ECF No. 69.) Premier joined Cactus Creek's motion and filed its own motion for summary judgment on January 16, 2020. (ECF Nos. 70-71.) BANA filed its motion for summary judgment on January 17, 2020. (ECF No. 72.)

///

51951932;1

AKERMAN LLP

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA, 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2.      Premier and Cactus Creek opposed BANA's motion on January 31, 2020.  (ECF Nos. 75-76.)  BANA opposed Premier and Cactus Creek's motions on February 5, 2020.  (ECF Nos. 77-78.)

3.      The deadline for BANA to reply in support of its motion is February 14, 2020.

4.      The deadline for Premier and Cactus Creek to reply in support of their motions is February 19, 2020.

5.      The parties stipulate and agree the parties shall have until **February 28, 2020** to file their respective replies.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

51951932;1

6.      This is the first request for an extension of the reply deadlines and is not made for purposes of undue delay.  The extension will allow the parties to file their replies on the same date and a meaningful opportunity to address the arguments raised in their summary judgment motions.

Dated:  February <u>14th</u>, 2020.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

**MORRIS LAW CENTER**

*/s/  Timothy A. Wiseman*
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
TIMOTHY A. WISEMAN, ESQ.
Nevada Bar No. 13786
5450 W. Sahara Ave., Ste. 330
Las Vegas, Nevada 89146

*Attorneys for Premier One Holdings, Inc.*

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ T. Chase Pittsenbarger*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
T. CHASE PITTSENBARGER, ESQ.
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, Nevada 89128

*Attorneys for Cactus Creek at Mountain's Edge Homeowners' Association, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 18, 2020.

51951932;1