**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
cpittsenbarger@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Cactus Creek at Mountains Edge Homeowners' Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER ONE HOLDINGS, INC.; TICOR TITLE COMPANY; CACTUS CREEK AT MOUNTAINS EDGE HOMEOWNERS' ASSOCIATION; THL FAMILY INVESTMENT LLC,<br><br>Defendants.<br>PREMIER ONE HOLDINGS, INC.,<br><br>Counter Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counter Defendant. | Case No.: 2:15-cv-01731-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST NEVADA ASSOCIATION SERVICES** |

CACTUS CREEK AT MOUNTAINS EDGE HOMEOWNERS' ASSOCIATION,

          Third-Party Plaintiff,

vs.

NEVADA ASSOCIATION SERVICES, INC.,

          Third-Party Defendant.

The parties, by and through their undersigned counsel, stipulate as follows:

1. The Association filed Its Answer and Third-Party Claim against Third-Party Defendant Nevada Association Services, Inc. (NAS) on December 11, 2015 [ECF No. 25] claiming implied indemnity, contribution, appointment, express indemnity, breach of contract, and declaratory relief.

2. NAS filed Its Answer on January 27, 2016 [ECF No. 30]

3. On January 15, 2020, the Association filed its Motion for Summary Judgment.

4. On January 17, 2020, the plaintiffs, Bank of America, N.A. filed its Second Motion for Summary Judgment.

5. On July 10, 2020, the Court ordered Bank of America, N.A.'s Motion for Summary Judgment granted and the claims against the Association dismissed as moot

6. The Court ordered the Association's Motion for Summary Judgment denied as moot.

7. The Court ordered the Association either dismiss the claims against NAS or file a proposed joint pretrial order on the third-party claims.

/ / /

/ / /

/ / /

/ / /

That this action shall be dismissed without prejudice in its entirety, including all remaining claims, each party to bear its own costs and attorney's fees;

IT IS SO STIPULATED

| | |
|---|---|
| DATED: August 4, 2020 | DATED: August 4, 2020 |
| **LEACH KERN GRUCHOW ANDERSON SONG** | **NEVADA ASSOCIATION SERVICES, INC.** |
| By: */s/ T. Chase Pittsenbarger* <br> SEAN L. ANDERSON <br> Nevada Bar No.: 7259 <br> T. CHASE PITTSENBARGER <br> Nevada Bar No. 13740 <br> 2525 Box Canyon Drive <br> Las Vegas, Nevada 89128 <br> *Attorneys for Defendants and Third-Party Plaintiffs, Cactus Creek at Mountains Edge Homeowners' Association* | By: */s/ Brandon E. Wood* <br> Brandon E. Wood <br> 6625 S. Valley View Blvd. Suite 300 <br> Las Vegas, NV 89118 <br> *Attorney for Third-Party Defendant Nevada Association Services, Inc.* |

**ORDER**

IT IS SO ORDERED.

Dated this __4th__ day of August, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE