# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>  Plaintiff <br><br> v. <br><br> CACTUS CREEK AT MOUNTAIN'S EDGE HOMEOWNERS' ASSOCIATION, INC., et al., <br><br>  Defendants | Case No.: 2:15-cv-01731-APG-BNW <br><br> **Order for Entry of Final Judgment** |

I ORDER the clerk of court to add Wei Wei Chen as a defendant and terminate THL Family Investments, LLC as a defendant.

I FURTHER ORDER the clerk of court to enter final judgment in favor of plaintiff Bank of America, N.A. and against defendants Wei Wei Chen and Premier One Holdings, Inc. as follows: It is hereby declared that the non-judicial foreclosure sale conducted by Cactus Creek at Mountain's Edge Homeowners Association, Inc. on May 10, 2013 did not extinguish the deed of trust and the property located at 10609 Cave Ridge Street in Las Vegas, Nevada remains subject to the deed of trust.

I FURTHER ORDER the clerk of court to close this case.

DATED this 5th day of August, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE